## Martha K. BALL, Plaintiff–Appellant,

### v.

## WAL–MART STORES, INCORPORATED, Defendant–Appellee.

### No. 02–2426.

United States Court of Appeals, Fourth Circuit.

Submitted July 8, 2003.

Decided July 28, 2003.

Roger Rizk, Charlotte, North Carolina, for Appellant. Amy L. Cox Gruendel, Womble, Carlyle, Sandridge & Rice, Charlotte, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Martha K. Ball appeals the district court's order granting summary judgment to Wal–Mart Stores, Inc., in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ball v. Wal–Mart Stores, Inc.,* No. CA–01–359–3–T, 220 F.Supp.2d 698 (W.D.N.C. Nov. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*